No. 1039. GAIR *v.* GILL ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion to dispense with printing petition granted. Certiorari denied. *Vito F. Lanza* for petitioner. *Irving Kirschenbaum* for respondents. *Leon Leighton,* Guardian ad Litem, in opposition.

No. 562, Misc. RODRIQUEZ *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Edward P. O'Brien, Derald E. Granberg,* and *Jerome C. Utz,* Deputy Attorneys General, for respondents.

No. 776, Misc. RHODES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert S. Bailey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Ronald L. Gainer* for the United States. 

No. 929, Misc. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States. 

No. 1315, Misc. SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States. 

No. 1380, Misc. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.